367 F.2d 157
 Donald LELLA, Appellant,
v.
MUSICIANS PROTECTIVE UNION, LOCAL 373 A.F. of M. and American Federation of Musicians of the United States and Canada, AFL-CIO.
 No. 15799.
 United States Court of Appeals Third Circuit.
 Argued September 27, 1966.
 Decided October 26, 1966.
 
 Appeal from the United States District Court for the District of New Jersey; Thomas F. Meaney, Judge.
 Godfrey P. Schmidt, New York City, for appellant.
 Stephen C. Vladeck, New York City (Vladeck, Elias, Frankle & Vladeck, Sheldon Engelhard, New York City, on the brief), for appellee.
 Before KALODNER, HASTIE and SMITH, Circuit Judges.
 OPINION OF THE COURT
 PER CURIAM:
 
 
 1
 On review of the record we find no error. The Order of Dismissal of the District Court will be affirmed.